# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DYNAPASS IP HOLDINGS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:22-cv-00212-JRG-RSP (LEAD CASE) |
| JPMORGAN CHASE & CO. ET AL., | § § § | |
| *Defendants.* | § § | |
| | | |
| DYNAPASS IP HOLDINGS, LLC, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | Case No. 2:22-cv-00216-JRG-RSP (MEMBER CASE) |
| TRUIST FINANCIAL CORP., ET AL., | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Dynapass IP Holdings LLC ("Plaintiff") and Truist Financial Corporation and Truist Bank ("Defendants"). (Dkt. No. 139). In the Motion, the parties represent that the above-captioned member case (2:22-cv-00216) has been resolved and request dismissal with prejudice.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned member case (2:22-cv-00216) as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE